JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Acosta, | ) Case No. **CV 09-5622-JFW** |
| | ) **[CR 04-645-JFW]** |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| United States of America, | ) |
| | ) |
| Respondent. | ) |

Pursuant to this Court's May 21, 2010 Order Denying Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

Dated: May 21, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE